UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                              *
                                    *      Chapter 7
Michael G. Haines,                  *      Docket No. 03-20529-JNF
Debtor                              *
*******************************

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Frieda Claes, a creditor of the Debtor moves for relief from the automatic stay to proceed with litigation pending in the New Bedford District Court entitled <u>Frieda R. Claes vs. Michael G. Haines, d/b/a Ocean View Renovations and Slade's Ferry Bank,</u> or in the alternative to commence arbitration to establish the amount of the moving party's claim. The moving party will only seek to enforce any judgment or arbitration award from the Massachusetts Home Improvement Contractor Arbitration Program.

As grounds for this Motion Frieda Claes states:

1. The moving party believes the Debtor is a registered home improvement contractor.

2. The Debtor agreed to perform home improvements at the moving party's residence at 41 Green Street in Fairhaven, Massachusetts.

3. The Debtor failed to perform the work in a good and workman like fashion. Specifically the Debtor failed to:

       a.    Install structural supports for the construction of a sunroom;

       b.    Properly and completely install the clapboard;

       c.    Properly install the gutters, down spouts and trim work;

       d.    Complete the construction of the sun porch;

       e.    Complete the front porch;

       f.    Failed to adhere to the contract which called for fir, cedar and sugar pine wood by substitution press cardboard;

       g.    Did not complete the work.

4. The Massachusetts Legislature created the Fund in order to compensate homeowners for actual damages arising from unworkmanlike home improvements made by registered Massachusetts home improvement contractors. Mass. Gen. L. Ch. 142A (1991). In order to make a claim against the Fund, however, a homeowner must first obtain either a state court judgment or an award from a Commonwealth approved arbitrator. See Mass. Regs. Code tit 201, Sec. 14.00 et seq. (1991).

5. The moving party had filed suit in the New Bedford District Court entitled <u>Frieda R. Claes vs. Michael G. Haines, d/b/a Ocean View Renovations and Slade's Ferry Bank</u>, docket number 0333CV0687. If this Motion is granted, Frieda Claes will proceed to liquidate her claim but seek payment only from the Fund.

Wherefore:

1. Frieda Claes moves for relief to proceed with the pending litigation to liquidate her claim to submit to the Fund or in the alternative to arbitrate the amount of her claim.

2. For such other relief as is just and proper.

          Frieda Claes
          By her Attorney,

DATED: February 5, 2004

/s/ Roger Stanford
Roger Stanford, Esq.
STANFORD & SCHALL
100 Eighth Street
New Bedford, MA 02740
(508) 994-3393
BBO#: 476600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                    *
                           *          Chapter 7
    Michael G. Haines,      *          Docket No. 03-20529-JNF
             Debtor         *
*******************************

## ORDER

This matter was before the Court of Frieda Claes, for relief from the automatic stay.

The Motion having been granted, Frieda Claes is hereby given relief from the automatic stay to proceed with litigation pending in the New Bedford District Court entitled <u>Frieda R. Claes vs. Michael G. Haines, d/b/a Ocean View Renovations and Slade's Ferry Bank</u>, with collection of the judgment limited to pursuing remedies under the Home Improvement Guaranty Fund.

By the Court

DATED:                                    _____
                                              Joan N. Feeney
                                              Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Roger Stanford, hereby certify that on the 5th day of February, 2004, mailed a copy of Motion for Relief From the Automatic Stay, by regular mail, postage prepaid to:

Heather J. Lynham, Esq.
270 Huttleston Avenue
Fairhaven, MA 02719

Mr. Michael G. Haines
3 Pinewood Way
Mattapoisett, MA 02739

All creditors on attached matrix.

Signed under the pains and penalties of perjury this 5th day of February, 2004.

/s/ Roger Stanford
Roger Stanford, Esq.
STANFORD & SCHALL
100 Eighth Street
New Bedford, MA 02740
(508) 994-3393
BBO#: 476600

Americredit
P.O. Box 961041
Fort Worth, TX 76161

Bruce J. Parent
173 Arnold Street
New Bedford, MA 02740

Dovenmuehle Mortgage
1501 Woodfield Road, Suite 400E
Schaumburg, IL 60173

Friedland and Youman, P.C.
13 South Sixth Street
New Bedford, MA 02740

Grossmans Inc.
J. Walter Darling Esq.
5 Spring Street
P.O. Box 129
Norfolk, MA 02056

Home Depot
P.O. Box 103072
Roswell, GA 30076

John Kalife Fairhaven Lumber
120 Alden Road
Fairhaven, MA 02719

Providian National Bank
P.O. Box 9539
Manchester, NH 03108

Sears National Bank
45 Congress Street
Salem, MA 01970

Stephen E. Shamban, Esq.
P.O. Box 850973
Braintree, MA 02185